No. 12,993.

ADAMS, GOVERNOR ET AL. *v.* CITY AND COUNTY OF DENVER.
(6 P. [2d] 923)

Decided December 19, 1931.

1. TAXES AND TAXATION—*Adjudicated Cases.* This case controlled by the opinion in MacGinnis v. Denver Land Co., 90 Colo. 72.

Mr. CLARENCE L. IRELAND, Attorney General, Mr. FRED A. HARRISON, Deputy, Mr. JOHN R. WOLFF, Mr. THOMAS A. NIXON, for plaintiffs in error.

Mr. JAMES D. PARRIOTT, Mr. FREDERICK P. CRANSTON, for defendant in error.

*En Banc.*

MR. JUSTICE ALTER delivered the opinion of the court.

THIS case was submitted and considered with *MacGinnis v. Denver Land Company*, 90 Colo. 72, 6 P. (2d) 919, and the opinion therein is decisive of and controlling in this case, and necessitates a reversal herein. It is, therefore, not necessary for us to determine the right of the City and County of Denver to maintain this action.

The judgment is reversed, and the cause remanded with instruction to the district court to vacate its injunctive order, and dismiss the action at the cost of the City and County of Denver, defendant in error herein.